# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

vs.                          CASE NO. 4:11-cr-21-SPM/WCS

**HAYWARD LAMAR GRIFFIN,**

    **Defendant.**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pursuant to the Report and Recommendation (doc. 42) of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, **HAYWARD LAMAR GRIFFIN**, to Counts Four, Five, and Six of the Indictment is hereby **ACCEPTED.** The plea agreement is **REJECTED** as to Count One. All parties shall appear before this Court for sentencing as directed.

**DONE AND ORDERED** this thirteenth day of May, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge